# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1929
Lower Tribunal No. 2022-CA-008922

_____

JAGJIT S. JOHAL a/k/a JAG S. JOHAL,

Appellant,

v.

HART DAIRY CREAMERY CORP.,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
John E. Jordan, Judge.

December 9, 2025

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and GANNAM, JJ., concur.


Jagjit S. Johal, Noida UP, India, pro se.

Michael S. Greenberg and Aaron R. Resnick, of Law Offices of Aaron Resnick, P.A., Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED